IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROCHELLE ROWANE BORDEAUX**                                                      **PLAINTIFF**
**#2289069**

v.                                    Case No. 4:25-cv-00293-LPR

**JACOB CARSON, Public Defender,**
**Minnehaha Co.,** *et al.*                                                       **DEFENDANTS**

## ORDER

Plaintiff Rochelle Rowane Bordeaux, an inmate in custody at the Minnehaha County Jail in Sioux Falls, South Dakota, submitted a *pro se* complaint for filing in this District. Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the District of South Dakota. Pursuant to 28 U.S.C. § 1391(b):

A civil action may be brought in –

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Ms. Bordeaux sues Minnehaha County public defenders, challenging the effectiveness of their representation. Minnehaha County is located in the Southern Division of the United States District Court for the District of South Dakota. Accordingly, the Court finds that the interests of

justice would best be served by transferring this case to the United States District Court for the District of South Dakota.[1]

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the District of South Dakota.

DATED this 31st day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").